George E. MICHAEL

v.

Judith STOCK

Judith Stock

v.

Commonwealth Land Title Insurance Company and Edward J. Morris, Esquire

George E. Michael

v.

Tohickon Abstract Company

Petition of: Commonwealth Land Title Insurance Company and Edward J. Morris, Esquire

George E. Michael

v.

Judith Stock

Judith Stock

v.

Commonwealth Land Title Insurance Company and Edward J. Morris, Esquire

George E. Michael

v.

Tohickon Abstract Company

Cross Petition of: Judith Stock

No. 492 MAL 2017
No. 493 MAL 2017

Supreme Court of Pennsylvania.

December 28, 2017

ORDER

PER CURIAM

AND NOW, this 28th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN RE: ESTATE OF Richard A. DEVOE, Deceased

Petition of: Keith M. Devoe and M. Corrine Mahla, Co-Administrators

No. 510 MAL 2017

Supreme Court of Pennsylvania.

December 28, 2017

ORDER

PER CURIAM

AND NOW, this 28th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN the INTEREST OF: A.M.P., a Minor

Petition of: P.H., Father

No. 514 EAL 2017

Supreme Court of Pennsylvania.

December 29, 2017